**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Howard George Ireland, | No. CV-20-00650-PHX-SRB (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Paul Penzone, et al., | |
| Defendants. | |

    On August 5, 2020, the Court denied Plaintiff's "Motion for Leave to Amend" (Doc. 9) because Plaintiff failed to lodge a First Amended Complaint that complies with the Federal and Local Rules of Civil Procedure. (Doc. 11). The Court explained that Plaintiff's lodged First Amended Complaint "improperly incorporates by reference the two counts presented in his original Complaint." (*Id.* at 2). The Court further explained that all causes of action alleged in an original complaint are waived unless realleged in an amended complaint. (*Id.*) (citing *Marx v. Loral Corp.*, 87 F.3d 1049, 1055-56 (9th Cir. 1996)). The Court gave Plaintiff until September 7, 2020 to file a renewed Motion for Leave to Amend and lodge a First Amended Complaint that complies with the Federal and Local Rules of Civil Procedure. (*Id.*).

    Pending before the Court is Plaintiff's renewed "Motion for Leave to Amend and File Supplemental Complaint" (Doc. 13). Plaintiff again incorporates by reference portions of his original Complaint into his lodged First Amended Complaint. As Plaintiff's Motion (Doc. 13) fails to comply with the Court's Order (Doc. 11) and the

applicable rules,

**IT IS ORDERED** denying Plaintiff's renewed "Motion for Leave to Amend and File Supplemental Complaint" (Doc. 13).

**IT IS FURTHER ORDERED** striking Plaintiff's "Affidavit of Factual Statement in Support of Cause of Action" (Doc. 12) as it is an improper filing.[1]

Dated this 1st day of October, 2020.

_____
Honorable Eileen S. Willett
United States Magistrate Judge

---

[1] The filing is an affidavit signed by Plaintiff "pursuant to F.R.Civ. P., Rule 56 and L.R. Civ. 56.1," which are rules governing motions for summary judgment. There are no motions for summary judgment pending.