NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Howard George Ireland,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Paul Penzone, et al.,<br><br>　　　　Defendants. | No. CV-20-00650-PHX-SRB (ESW)<br><br>**ORDER** |

Plaintiff Howard George Ireland filed his *pro se* Civil Rights Complaint on April 1, 2020. On April 21, 2020 the Court screened Plaintiff's Complaint and ordered Plaintiff to serve Defendants in compliance with the Federal Rules of Civil Procedure and the Local Rules of this Court. On July 10, 2020 service was returned unexecuted as to Defendant Dawn Noggle.

The Magistrate Judge filed her Report and Recommendation on November 25, 2020 recommending that Defendant Noggle be dismissed for failure to timely serve. In her Report and Recommendation, the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the Order of this Court. (Doc. 28)

**IT IS FURTHER ORDERED** dismissing Defendant Dawn Noggle without prejudice.

Dated this 17th day of December, 2020.

_____
Susan R. Bolton
United States District Judge