NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Howard George Ireland, | No. CV-20-00650-PHX-SRB (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Paul Penzone, et al., | |
| Defendants. | |

Plaintiff Howard George Ireland filed his *pro se* Civil Rights Complaint on April 1, 2020. On November 30, 2020 Plaintiff filed a Motion for Leave to Amend Original Complaint and to Add and Drop Parties. On December 17, 2020 the Magistrate Judge granted Plaintiff's Motion for Leave to Amend. The First Amended Complaint also named Correctional Health Services as a Defendant.

The Magistrate Judge filed her Report and Recommendation on December 17, 2020 recommending that the Court dismiss Correctional Health Services from this action. In her Report and Recommendation, the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the Order of this Court. (Doc. 35)

**IT IS FURTHER ORDERED** dismissing Defendant Correctional Health Services.

Dated this 14th day of January, 2021.

*/s/ Susan R. Bolton*
Susan R. Bolton
United States District Judge